# In the United States Court of Federal Claims

No. 14-6000 L
Filed: August 28, 2019

BEATRICE K. BRADSHAW

v.

THE UNITED STATES

RULE 54(b)
JUDGMENT

    Pursuant to the court's Order, filed August 28, 2019, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's claims associated with parcel identification number 172-05-01-062 and parcel identification number 172-05-01-066 are dismissed without prejudice.

                                                        Lisa L. Reyes
                                                        Clerk of Court

                                By:    s/ Debra L. Samler

                                                        Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.